# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH MITCHELL

VERSUS

AUSTIN TOLIVER, BUDGET TRUCK
RENTAL, LLC, FEDERAL EXPRESS
CORPORATION, BULLDOG
TRANSPORTATION GROUP, INC.,
AND PROTECTIVE INSURANCE

NO.  2023 CW 0677

**September 21,2023**

---

In Re:    Protective Insurance Company, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 699595.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DISMISSED.** This writ application is dismissed
pursuant to relator's motion advising that all matters in
controversy have been resolved and requesting that this writ
application be dismissed.

                            JMG
                            WRC
                            WIL

COURT OF APPEAL, FIRST CIRCUIT

_a.s.0_

DEPUTY CLERK OF COURT
FOR THE COURT